

# NUMBER 13-24-00116-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DANIEL GOMEZ,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

## ON APPEAL FROM THE 197TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

Appellant Daniel Gomez perfected this appeal from a judgment of conviction entered by the 197th District Court of Cameron County, Texas in trial court cause number 2022-DCR-2225. Appellant's counsel has now filed an amended motion to permanently abate the appeal, based on the death of appellant Daniel Gomez. According to the motion,

appellant died on June 27, 2025, after appeal was perfected, but before this Court issued its mandate. *See* Tᴇx. R. Aᴘᴘ. P. 7.1(a)(2).

We grant appellant's counsel's amended motion, and, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order the appeal permanently abated.

L. ARON PEÑA JR.
Justice

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed on the
21st day of August, 2025.